**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-4264**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DANIEL DEJESUS URIOSTEGUI,

                    Defendant - Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
Chief District Judge.  (1:08-cr-00175-JAB-2)

Submitted:  July 19, 2010               Decided:  July 29, 2010

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher A. Beechler, Winston-Salem, North Carolina, for
Appellant.  Randall Stuart Galyon, OFFICE OF THE UNITED STATES
ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel DeJesus Uriostegui timely appeals the 180-month sentence imposed following his guilty plea to one count of conspiracy to distribute cocaine hydrochloride, in violation of 21 U.S.C. § 846 (2006), and one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (2006). Uriostegui's counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal. Uriostegui has not filed a pro se brief, though he was informed of his right to do so.

In accordance with Anders, we have reviewed the record in this case and have found no meritorious issues for appeal. We therefore affirm the district court's judgment. This court requires that counsel inform Uriostegui, in writing, of his right to petition the Supreme Court of the United States for further review. If Uriostegui requests that a petition be filed, but counsel believes that such a petition would be frivolous, counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on Uriostegui. We dispense with oral argument because the facts and legal conclusions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED